UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAMES SANFORD, AZ7450,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>O. YASIN, et al.,<br><br>　　　　　　Defendant(s). | Case No. 21-cv-04622-CRB  (PR)<br><br>**ORDER TO SHOW CAUSE WHY CLAIM ONE SHOULD NOT BE FORFEITED** |

　　　　On May 23, 2023, the court granted plaintiff's motion to reopen this pro se prisoner civil rights case under 42 U.S.C. § 1983 and lift the court's stay, and granted plaintiff leave to file an amended complaint containing all five claims previously found cognizable by the court (including claim one, which was previously dismissed as unexhausted) within 28 days.  The court warned plaintiff the "[f]ailure to file a proper amended complaint within the designated time will result in plaintiff forfeiting claim one in this case and this case consequently going forward only with claims two thru five." ECF No. 41 at 2.

　　　　More than 42 days have passed since the court's May 23, 2023 order and plaintiff has neither filed an amended complaint or sought an extension of time to do so.  Good cause appearing therefor, plaintiff is ordered to show cause within 14 days of this order why he should not forfeit claim one in this case and this case go forward only with claims two thru five.

　　　　**IT IS SO ORDERED**.

Dated: July 7, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge